Michael J. Niborski (SBN 192111)
*mniborski@pryorcashman.com*
Benjamin S. Akley (SBN 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 556-9608
Fax: (310) 556-9670

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HALOSONGS, INC., MARTIN HARRINGTON, and THOMAS LEONARD,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD CHRISTOPHER SHEERAN p/k/a ED SHEERAN, ED SHEERAN LIMITED, NATHAN CABLE TOURING LLP, JOHN "JOHNNY" MCDAID, SONY/ATV SONGS LLC, SONY/ATV MUSIC PUBLISHING (UK) LIMITED, POLAR PATROL MUSIC LIMITED d/b/a POLAR PATROL MUSIC PUBLISHING, WARNER MUSIC UK LTD., WARNER MUSIC GROUP CORPORATION d/b/a ASYLUM RECORDS, and ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC,<br><br>Defendants. | Case No. 8:16-cv-01062 JVS-JCG<br><br>**STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>*Declaration of Michael J. Niborski filed concurrently herewith*<br><br>Current Response Date:<br>August 15, 2016<br><br>New Response Date:<br>September 14, 2016<br><br>Discovery Cut-Off:<br>None Set<br><br>Deadline for Hearing Motions:<br>None Set<br><br>Pre-Trial Conference:<br>None Set<br><br>Trial Date:<br>None Set |

Pursuant to Central District of California Local Rule 7-1 and the Court's Standing Order dated December 11, 2015, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff HALOSONGS, INC., MARTIN HARRINGTON, and THOMAS LEONARD ("Plaintiffs") and Defendants EDWARD CHRISTOPHER SHEERAN P/K/A ED SHEERAN, ED SHEERAN LIMITED, NATHAN CABLE TOURING LLP, JOHN "JOHNNY" MCDAID, SONY/ATV SONGS LLC, SONY/ATV MUSIC PUBLISHING (UK) LIMITED, POLAR PATROL MUSIC LIMITED d/b/a POLAR PATROL MUSIC PUBLISHING, WARNER MUSIC UK LTD., WARNER MUSIC GROUP CORPORATION d/b/a ASYLUM RECORDS, AND ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC ("Defendants"), (together, the "Parties") as follows:

1. Plaintiffs filed the Complaint in this action on June 8, 2016 [Docket No. 1] (the "Complaint"). Counsel for Defendants, which include foreign based entities, agreed to accept service of process on behalf of all named defendants on a Waiver of Service basis to avoid the necessity of putting Plaintiffs to the time and expense of service through the Hague Convention, were mailed Waiver of Service of Summons forms on or about June 15, 2016, and all of which were accepted as of June 22, 2016. [Docket Nos. 12-17, 21-22].

2. The date for Defendants to respond to the Complaint pursuant to the Waiver of Service method is August 15, 2016.

3. During the interim, counsel for Defendants have been conducting its investigation in order to answer, move, or otherwise respond to the Complaint with respect to each of the Defendants. Defendants are conducting inquiries into the status of the foreign based defendants and deciding whether, as to each such Defendant, they will Answer the Complaint or move to dismiss for lack of personal jurisdiction.

Defendants require this additional time in order to do so, and to prepare their responses. Plaintiffs believe that they have appropriately pleaded personal jurisdiction as to each Defendant, and intend to oppose any motion filed by any Defendant. The parties nonetheless intend to promptly meet and confer pursuant to this Court's Rules prior to any such motion practice. Plaintiffs are also considering amending the Complaint to add parties.

4. The Parties have agreed to extend the time for Defendants to respond to the Complaint by thirty (30) days.

5. This is the Parties' first such extension.

6. Notwithstanding the above, Plaintiffs and Defendants conducted their Rule 26(f) conference on Thursday August 11, 2016. The Parties have agreed that this Stipulation will not delay, stay, or otherwise affect: (i) the Scheduling Conference set by the Court for September 12, 2016; or (ii) the right of Plaintiffs to pursue discovery against those Defendants who file Answers to the Complaint, and the right of those Defendants who file answers to the Complaint to pursue discovery against Plaintiffs, which shall not be stayed based on any motions to dismiss that may be made by other Defendants. The Parties reserve their respective rights with respect to any discovery that Plaintiffs may seek with respect to any defendant who moves to dismiss the Complaint.

THEREFORE, UPON APPROVAL BY THE COURT, it is hereby stipulated by and between the Parties, through their counsel of record, that Defendants may have up to and including September 14, 2016 to answer, move or otherwise respond to the Complaint in this action.

1
2  IT IS SO STIPULATED.
3
4
5                                         **KING & BALLOW**
6
7  Dated: August 11, 2016      By:   */s/ Paul H. Duvall*
                                     Paul H. Duvall
8                                    *pduvall@kingballow.com*
9                                    *Attorneys for Plaintiffs*
10
11
12                                        **PRYOR CASHMAN LLP**
13
14 Dated: August 11, 2016      By:   */s/ Michael J. Niborski*
                                     Michael J. Niborski
15                                   *mniborski@pryorcashman.com*
16                                   *Attorneys for Defendants*
17
18
19
20
21
22
23
24
25
26
27
28