Richard S. Busch
(Tennessee Bar # 14594)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Facsimile: (615) 726-5417

Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
1999 Avenue of the Stars, Suite 1100
Century City, CA 90067
(424) 253-1255 Facsimile: (888) 688-0482

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Facsimile: (310) 853-6333

Attorneys for Plaintiffs
HALOSONGS, INC., MARTIN HARRINGTON,
AND THOMAS LEONARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HaloSongs, Inc., Martin Harrington, and Thomas Leonard,<br><br>            Plaintiffs,<br><br>vs.<br><br>Edward Christopher Sheeran p/k/a Ed Sheeran, Ed Sheeran Limited, Nathan Cable Touring LLP, John "Johnny" McDaid, Sony/ATV Songs LLC, Sony/ATV Music Publishing (UK) Limited, Polar Patrol Music Limited d/b/a Polar Patrol Music Publishing, Warner Music UK Ltd., Warner Music Group Corporation d/b/a Asylum Records, and Atlantic Recording Corporation d/b/a Atlantic,<br><br>            Defendants. | Case No. 8:16-cv-01062 JVS-JCG<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**STIPULATION FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT**<br><br><u>Complaint Filed</u>:<br>June 8, 2016<br><u>Current Response Date</u>:<br>September 14, 2016<br><u>Amended Complaint to be Filed</u>:<br>September 8, 2016<br><u>New Response Date</u>:<br>October 7, 2016<br><br><u>Trial Date</u>:        Not Set |

**Stipulation for Plaintiffs to File Amended Complaint**

Pursuant to Central District of California Local Rule 7-1 and Federal Rule of Civil Procedure Rule 15(a), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff HALOSONGS, INC., MARTIN HARRINGTON, and THOMAS LEONARD ("Plaintiffs") and Defendants EDWARD CHRISTOPHER SHEERAN P/K/A ED SHEERAN, ED SHEERAN LIMITED, NATHAN CABLE TOURING LLP, JOHN "JOHNNY" MCDAID, SONY/ATV SONGS LLC, SONY/ATV MUSIC PUBLISHING (UK) LIMITED, POLAR PATROL MUSIC LIMITED d/b/a POLAR PATROL MUSIC PUBLISHING, WARNER MUSIC UK LTD., WARNER MUSIC GROUP CORPORATION d/b/a ASYLUM RECORDS, AND ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC ("Defendants"), (together, the "Parties") as follows:

1. Plaintiffs filed the Complaint in this action on June 8, 2016 [Docket No. 1] (the "Complaint").

2. Defendants provided waivers of service of process, including the foreign defendants, avoiding the necessity of service pursuant to the Hague Convention, with response to the Complaint originally due on August 15, 2016.

3. The date for Defendants to respond to the Complaint pursuant to the parties' August 11, 2016 stipulation is September 14, 2016.

4. Pursuant to Federal Rule of Civil Procedure 15(a), the Parties have agreed, in lieu of Plaintiffs having to seek leave to file an amended complaint, that Plaintiffs can file an Amended Complaint, attached to this Stipulation as Attachment A, and the Stipulation and Attachment A will be filed with the Court on September 8, 2016.

5. The Parties have also agreed that Defendants shall have up to and including October 7, 2016 to answer, move, or otherwise respond to Plaintiffs' Amended Complaint.

1

6. The fact that the Parties have agreed to this Stipulation does not otherwise affect either Party's rights, and each Party reserves all rights and defenses, including the right to make any motion under the Federal Rules applicable to the Amended Complaint on any basis save and except a motion directed to service of process. Defendants' consent to Plaintiffs' filing of the Amended Complaint does not constitute a waiver of any of their objections, defenses or other rights with respect to the Amended Complaint, all of which are expressly reserved.

7. The Parties have agreed that this Stipulation will not delay, stay, or otherwise affect: (i) the Scheduling Conference set by the Court for September 12, 2016; or (ii) the right of Plaintiffs to pursue discovery against those Defendants who file Answers to the Complaint, and the right of those Defendants who file answers to the Complaint to pursue discovery against Plaintiffs, which shall not be stayed based on any motions to dismiss that may be made by other Defendants. The Parties reserve their respective rights with respect to any discovery that Plaintiffs may seek with respect to any Defendant who moves to dismiss the Complaint.

8. Attachment B to this Stipulation is the Proposed Order for the Court authorizing the filing of the First Amended Complaint and response date.

///

///

///

///

///

///

///

THEREFORE, UPON APPROVAL BY THE COURT, it is hereby stipulated by and between the Parties, through their counsel of record, that Plaintiffs will file the Stipulation and Amended Complaint on September 8, 2016, and Defendants may have up to and including October 7, 2016 to answer, move or otherwise respond to the Amended Complaint in this action.

IT IS SO STIPULATED.

DATED: September 8, 2016             KING & BALLOW
                                     By:   /s/ Paul H. Duvall
                                     Paul H. Duvall
                                     *pduvall@kingballow.com*
                                     *Attorneys for Plaintiffs*

DATED: September 8, 2016             PRYOR CASHMAN LLP
                                     By:   /s/Michael J. Niborski
                                     Michael J. Niborski
                                     *mniborski@pryorcashman.com*
                                     *Attorneys for Defendants*

I, Paul H. Duvall, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 8, 2016            Respectfully submitted,

                                     KING & BALLOW

                                     By:   /s/ Paul H. Duvall
                                           PAUL H. DUVALL

3