Richard S. Busch
(Tennessee Bar # 14594)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Facsimile: (615) 726-5417

Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
1999 Avenue of the Stars, Suite 1100
Century City, CA 90067
(424) 253-1255 Facsimile: (888) 688-0482

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Facsimile: (310) 853-6333

Attorneys for Plaintiffs
HALOSONGS, INC., MARTIN HARRINGTON,
AND THOMAS LEONARD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HaloSongs, Inc., Martin Harrington, and Thomas Leonard,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Edward Christopher Sheeran p/k/a Ed Sheeran, Ed Sheeran Limited, Nathan Cable Touring LLP, John "Johnny" McDaid, Sony/ATV Songs LLC, Sony/ATV Music Publishing (UK) Limited, Polar Patrol Music Limited d/b/a Polar Patrol Music Publishing, Warner Music UK Ltd., Warner Music Group Corporation d/b/a Asylum Records, and Atlantic Recording Corporation d/b/a Atlantic,<br>　　　　　Defendants. | Case No. 8:16-cv-01062 VS-JCG<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**[PROPOSED] ORDER RE STIPULATION FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT**<br><br><br>Complaint Filed: June 8, 2016<br>Trial Date:　　Not Set |

The Court has considered the Stipulation For Plaintiffs To File An Amended Complaint and the facts and averments contained therein.

**IT IS ORDERED AND ADJUDGED** that the First Amended Complaint can be filed on September 8, 2016 and/or as soon as this Order is signed and Defendants have up to and including October 7, 2016 to answer, move or otherwise respond to the First Amended Complaint.

**IT IS SO ORDERED.**

DATE: _____         _____
                              HONORABLE JAMES V. SELNA