Name and address:
Michael J. Niborski (State Bar No. 192111)
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Phone: (310) 556-9608 // Fax: (310) 556-9670
Email: mniborski@pryorcashman.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HALOSONGS, INC., et al.

Plaintiff(s)

v.

ED SHEERAN LIMITED, et al.

Defendant(s).

CASE NUMBER

8:16-cv-01062 JVS (JCG)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

GOLDSMITH, ANDREW M.   of   PRYOR CASHMAN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   7 TIMES SQUARE
(212) 326-0419   (212) 798-6925   NEW YORK, NEW YORK 10036
*Telephone Number*   *Fax Number*
agoldsmith@pryorcashman.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
All Defendants

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

NIBORSKI, MICHAEL J.   of   PRYOR CASHMAN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   1801 CENTURY PARK EAST, 24TH FLOOR
192111   (310-556-9608)   (310) 556-9670   LOS ANGELES, CALIFORNIA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
mniborski@pryorcashman.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1