JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HaloSongs, Inc., Martin Harrington, and Thomas Leonard,<br><br>     Plaintiffs,<br><br>vs.<br><br>Edward Christopher Sheeran p/k/a Ed Sheeran, Ed Sheeran Limited, Nathan Cable Touring LLP, John "Johnny" McDaid, Sony/ATV Songs LLC, Sony/ATV Music Publishing (UK) Limited, Polar Patrol Music Limited d/b/a Polar Patrol Music Publishing, Warner Music UK Ltd., Warner Music Group Corporation d/b/a Asylum Records, and Atlantic Recording Corporation d/b/a Atlantic, Kobalt Music Publishing America, Inc.<br><br>     Defendants. | Case No. 8:16-cv-01062 JVS-JCG<br><br>**ORDER OF DISMISSAL**<br><br>*Joint Stipulation of Dismissal with Prejudice filed concurrently herewith*<br><br>Hon. James V. Selna, Courtroom 10C<br><br>Complaint Filed: June 8, 2016<br>Trial Date: December 12, 2017 |

## ORDER

The Court has considered the Joint Stipulation of Dismissal with Prejudice in the above-captioned matter. The Court rules as follows:

The claims asserted by Plaintiffs in the above captioned matter, as against all named defendants (including any that have not appeared in this action) are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1), and without costs to any party.

The Court retains jurisdiction for all actions to enforce the terms of the Parties' agreement dated March 6, 2017.

IT IS SO ORDERED.

Dated: April 10, 2017        By: _____
                                 Honorable James V. Selna